IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-14-332-R |
| ) | |
| JACKIE LASHELL LASTER, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

Before the Court is Defendant's pro se Motion [Doc. No. 555] seeking a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the U.S. Sentencing Guidelines. The United States responded in opposition [Doc. No. 558] and the matter is now at issue.

Upon review of the parties' submissions and the Probation Office's Preliminary Report for Consideration of Sentence Reduction Based on Amendment 821 [Doc. No. 557], the Court finds that Amendment 821 does not affect Defendant's guideline range and Defendant is therefore ineligible for a sentence reduction.

Defendant's motion additionally suggests that she may be seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). However, Defendant has not shown that she administratively exhausted this claim nor has she identified any cirumstances that would qualify as extraordinary and compelling reasons warranting a sentence reducation.

Accordingly, Defendant's motion [Doc. No. 555] is DISMISSED.

IT IS SO ORDERED this 8th day of January 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE